IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**   :   CR. NO.  1:01-CR-039
:
:
**V.**   :
:   **(Judge Rambo)**
:
**HARRY SABOWITZ**   :

<u>ORDER</u>

**AND NOW**, this _____ day of May, 2003, upon consideration of the Government's Ex Parte Application, and pursuant to the Court's authority under the All Writs Act, 28 United States Code, Section 1651, the order is hereby **GRANTED**. The First Data Corporation, Omaha, Nebraska, and its subsidiaries and affiliates, including those wholly or partially owned, are order to produce to agents the following information:

> Records or documents, including subscriber information, transaction account logs, account applications, account activation, correspondence, customer communication, charge back information and any other records or account activity for any credit card, debit card, or other means of account access, as well as any associated names, including aliases, and account numbers identified as a result of data searches related to those names or associated names done by address, date of birth, social security number and telephone account from the date of the opening of the account to the date of this order for:

**Harry Sabowitz, date ███████████ ███████, social security number ███████, ███n address 510 Elmwood ███████ rooklyn, NY 11230-2652.**

                                    _____
                                    Sylvia H. Rambo
                                    District Court Judge