RECEIVED
HARRISBURG, PA
NOV 07 2006
MARY E. D'ANDREA, CLERK
Per _____

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR     :     1:CR-01-39
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, __Jeffrey M. Voluck__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   One East Broward Boulevard

　　　　　　　　　　　 Suite 700

　　　　　　　　　　　 Fort Lauderdale, Florida 33301

Office Telephone:       954-467-8989

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached copy of curriculum vitae.

My attorney Identification number is: __Fla. Bar No.: 0113750__

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____      Date: _____
　　　___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE

____ SPECIAL ADMISSION:

GRANTED _____      Date: _____
　　　___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

___X___ Special Admission (specify by a check which rule) under

LR 83.8.2.1 ___, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

As per Local Rule 83.8.2. 1.

NAME THE PARTY YOU REPRESENT:

Harry Sabowitz

If special admission is requested for a particular case, please list case number and caption:

Case # 1: CR 01-039

Caption # United States v. Harry Sabowitz

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

_____

_____

_____

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

Fla. Bar No.: 0113750
(Bar Identification Number)
11/03/06
(Date)

NAME OF PETITIONER    Jeffrey M. Voluck

SPONSOR'S CERTIFICATE:

I, _____, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) _____ (day) _____, (year) _____. I have known the above petitioner for _____. To my knowledge, the petitioner's moral character is as follows: _____

_____

_____

To my knowledge, the petitioner's educational background and experience are as follows:

_____

_____

_____

I sponsor and recommend _____ for admission as a qualified attorney to practice before this court.

_____
(sponsor)

Office address: _____

_____

Telephone: _____

Attorney Bar I.D. Code No. _____

**UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

**CODE OF PROFESSIONAL CONDUCT**

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

Signature: _[signature]_

CURRICULUM VITAE

PERSONAL

    Born September 14, 1943 in Atlantic City, New Jersey
    Married, 2 Children, 2 Grandchildren

PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Law Office of Robert F. Simone | Philadelphia, Pennsylvania | 1975-76 |
|     Concentrating in criminal defense | | |
| Law Office of Gross and Sklar | Philadelphia, Pennsylvania | 1976-77 |
|     Concentrating in both criminal and civil trial work | | |
| Jeffrey M. Voluck, P.C. | Philadelphia, Pennsylvania | 1977-present |
|     Concentrating in criminal defense | | |
|     (Tried over 100 jury trials and 25 capital homicide cases) | | |
| Jeffrey M. Voluck, P.A. | Fort Lauderdale, Florida | 1997-present |
|     Concentrating in criminal defense | | |

BAR AND COURT ADMISSIONS

    Supreme Court of the State of Florida
    United States District Court – Southern District of Florida
    United States District Court – Middle District of Florida
    United States Court of Appeals – 11th Circuit
    Supreme Court of the Commonwealth of Pennsylvania
    United States District Court – Eastern District of Pennsylvania
    United States District Court – District of Maryland
    United States Court of Appeals – 3rd Circuit
    United States Supreme Court

TEACHING and ADVISORY POSITIONS

| | | |
|---|---|---|
| Teen Court Judge | Broward County, Florida | 1998-present |
| Lecturer for Broward County Bar Association in Criminal Law | | |
|     at Nova University Law School | | 1999 |
| Author – Monthly Criminal Law – Florida Action Magazine | | 2000-2003 |
| Author-Questions and Answers on Criminal Law- Wheels | | |
|     on the Road Magazine | | 2004 |

Lecturer – (CLE) Whistleblower and Criminal Provisions of the Sarbanes –Oxley Act-Miami Beach, FL 11/7/03

Legal Consultant – Fox Television Network News & CNN News

## MEMBERSHIPS and PROFESSIONAL AFFILIATIONS

Florida Bar Association
Broward County Criminal Defense Lawyers
Florida Association of Criminal Defense Lawyers
Pennsylvania Association of Criminal Defense Lawyers
National Association of Criminal Defense Lawyers
American Bar Association

## EDUCATION

LaSalle University
 Bachelor of Science in Business Administration 1966
University of Baltimore Law School
 Juris Doctor 1975
 Law Review – Jeffrey M. Voluck, Seizure of Back Yard Drug
  Case Held Incident to Arrest in House, *Fixel v. State,*
  *1256 So. 2d 27 (Fla. 1971), 2 U. Balt. L Rev. 144 (1972)*
 Who's Who in American Colleges and Universities

## NOTABLE CASES

<u>United States v. James Parcells</u>, Federal Court for the Eastern District of Pennsylvania – Organized Crime arson for hire (Acquittal) 1979

<u>Commonwealth v. Mario (Sonny) Riccobene</u>, Commonpleas Court, Philadelphia, Pennsylvania – Organized Crime homicide 1984

<u>State v. John (Johnny Chang) Ciancaglini</u>, Atlantic City, New Jersey – Organized Crime trial of Nicodemo Scarfo Crime family (Motion to Dismiss Granted) 1987

<u>Commonwealth v. John (Panky) Patterson</u>, Commonpleas Court, Philadelphia, PA– Contract killing drug case, Zack Young Organization (Acquittal of Contract Killing) 1990

<u>United States v. Richie Ramos</u>, Federal Court for the Eastern District of Pennsylvania – Largest drug case in history of Philadelphia 1990

<u>Commonwealth v. Rashawn Campbell</u>, Commonpleas Court, York, Pennsylvania – Most brutal murder in history of York County (Beat the Death Penalty) 1994

United States v. Gary Wolf, Federal Court for the Eastern District of
    Pennsylvania – Professional wrestler, "Pit Bull", Steroid Case
    (Negotiated plea allowing continuation of wrestling career) 1997

United States v. Brandon Bury, Federal Court for the Northern District
    of Georgia – 50,000 capsule "ecstasy" smuggling case
    (Acquittal)                                                                                          1999

State v. Lee Martin, County Court Miami/Dade County, Lead Counsel –
    Chief Building Official of Dade County indicted for culpable
    negligence (Dismissed)                                                                  1999

United States v. Cliff Sloan, Federal Court for the Southern District of
    Florida - $80,000,000.00 Fraud and Money Laundering Case –
    Largest fraud case ever tried in the Southern District of Florida
    (Acquittal) Featured in August 2000 GQ Magazine.         2000

United States v. Pasquale "Patsy" Rubbo, Federal Court for the Southern District
    of Florida - Organized Crime Trial of Bonano Crime Family-
    $11,500,000.00
    Extortion and Money Laundering.                                            2003

United States v. Graham Tchividjian, Federal Court for the Southern District of
    Florida - Grandson of Rev. Billy Graham – (Negotiated plea allowing no
    jail time.)                                                                                           2004

United States v. Mohammed Samhan, Federal Court for the 11th Circuit Court of
    Appeals - Methamphetamine case- (conviction reversed)     2004

State v. Shawn Strawser, Circuit Court Broward County, Highschool football star
    accused of molesting (4) seven-year old girls. Guidelines 50 years to life.
    (Motion for Downward Departure granted and sentenced to 15 months)
                                                                                                              2005

United States v. William Kamal, Federal Court for the Southern District of
    Florida - Chief Meteorologist of Channel 7 Fox News Miami. Indicted for
    Enticement of Minor over internet. Guidelines 5-30 years. (Sentenced to
    5 years)                                                                                              2005

```
Court Name: Pennsylvania Middle
Division: 1
Receipt Number: 111000056
Cashier ID: chatcher
Transaction Date: 11/07/2006
Payer Name: JEFFREY M VOLUCK

PRO HOC VICE
 For: JEFFREY M VOLUCK
 Case/Party: D-PAM-3-06-PR-000001-000
 Amount:         $25.00

CHECK
 Check/Money Order Num: 3449
 Amt Tendered:  $25.00

Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00
```