IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:01-CR-0039-01 |
| v. | : | **FILED** HARRISBURG, PA |
| HARRY SABOWITZ | : | NOV 1 4 2006 |
| | P L E A | MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

AND NOW, this 14th day of November, 2006, the defendant, HARRY SABOWITZ, hereby pleads Not Guilty to Counts 1-31 of the Indictment.

_____
(Signature of Defendant)

_____
(Signature of Counsel)