IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 1:CR-01-039 |
| : | (Judge Rambo) |
| v. : | |
| : | FILED |
| HARRY SABOWITZ : | HARRISBURG, PA |
| | NOV 1 4 2006 |

**O R D E R**

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

AND NOW, this 14 day of November, 2006, the defendant having appeared before the undersigned and entered a plea of not guilty to the Indictment, **IT IS HEREBY ORDERED THAT** the defendant appear for jury selection and trial on Tuesday, January 16, 2007, at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

SYLVIA H. RAMBO
United States District Judge