IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 1:CR-01-039** |
| **v.** | **(Judge Rambo)** |
| **HARRY SABOWITZ** | |

## O R D E R

Upon consideration of the joint motion for extension of time to file pretrial motions, **IT IS HEREBY ORDERED THAT**:

   1) The motion is granted.

   2) The deadline for filing pretrial motions is extended to January 4, 2007.

   3) In light of the extension to file pretrial motions, the court concludes that the jury selection and trial date of January 16, 2007, is unrealistic.   Therefore, jury selection in the captioned action is continued from January 16, 2007 to Monday, March 5, 2007 at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  The court specifically finds under 18 U.S.C. § 3161(h)(8)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the defendant to a speedy trial.

      4) The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: December 1, 2006.