IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    CRIMINAL NO.:  1:CR-01-039

    Plaintiff,

v.

HARRY SABOWITZ,

    Defendant.
_____/

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, HARRY SABOWITZ, by and through his undersigned attorney, and moves this Honorable Court for an Order continuing the jury selection date of March 5, 2007, and as grounds for this motion hereby submits the following:

1. That, this matter is currently scheduled for jury selection on Monday, March 5, 2007 at 9:30 a.m.

2. That, undersigned counsel has a scheduled prepaid vacation to Santa Fe, New Mexico from March 3, 2007 through March 11, 2007.

3. That, undersigned counsel spoke with Assistant United States Attorney, Christy Fawcett, who has no objection to this motion.

4. That, undersigned counsel is requesting a (30) day continuance of the jury selection date.

WHEREFORE the Defendant, HARRY SABOWITZ, respectfully requests that this Honorable Court grant a (30) day continuance of the jury selection scheduled in this matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this _____day of December, 2006 to Assistant United States Attorney, Christy Fawcett, United States Courthouse, 228 Walnut Street, 2nd Floor, P.O. Box 11754, Harrisburg, PA 17108.

                JEFFREY M. VOLUCK, P.A.
                Counsel for Defendant
                Wachovia Tower-Suite 700
                One East Broward Boulevard
                Fort Lauderdale, Florida 33301
                Telephone: (954) 467-8989

By:_____
                JEFFREY M. VOLUCK, ESQUIRE
                FLORIDA BAR NO.: 0113750