IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-01-039** |
| | : | |
| **v.** | : | **(Judge Rambo)** |
| | : | |
| **HARRY SABOWITZ** | : | |

## O R D E R

Upon consideration of Defendant's motion for a 30 day continuance of trial, and noting the concurrence of counsel for the Government, the court finds that **IT IS HEREBY ORDERED THAT**:

    1) The motion is granted.

    2) Jury selection in the captioned action is continued from March 5, 2007 to Monday, April 9, 2007 at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. The court specifically finds under 18 U.S.C. § 3161(h)(8)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the defendant to a speedy trial.

      3) The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated: December19, 2006.