IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:CR-01-039** |
| : | |
| **v.** : | **(Judge Rambo)** |
| : | |
| **HARRY SABOWITZ** : | |

## O R D E R

Upon consideration of Defendant's motion for a 30 day extension of time to file pretrial motions, and noting the concurrence of counsel for the Government, **IT IS HEREBY ORDERED THAT** the deadline for filing pretrial motions <u>and</u> supporting briefs is extended from January 4, 2007 to February 20, 2007.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: January 3, 2007.