Lkw OFFICES

# JEFFREY M. VOLUCK

<table>
<tr><td>A PROFESSIONAL CORPORATION</td><td>A PROFESSIONAL ASSOCIATION</td></tr>
<tr><td>1500 <b>Walnut Street</b></td><td><b>One E, Broward Boulevard</b></td></tr>
<tr><td><b>Suite 1100</b></td><td><b>Suite 700</b></td></tr>
<tr><td><b>Philadelphia, PA 19102</b></td><td><b>Fort Lauderdale, FL 33301</b></td></tr>
<tr><td><b>(215) 546-7755</b></td><td><b>(954) 467-8989</b></td></tr>
<tr><td><b>(215) 735-9004 Fax</b></td><td><b>Fax (954) 745-5898</b></td></tr>
<tr><td><b>JEFFREY M. VOLUCK*</b></td><td><b>*Member of Pennsylvania and Florida Bars~..~——</b></td></tr>
<tr><td></td><td><b>REPLY to OPA ~PC</b></td></tr>
</table>

January 18, 2007

Christy Fawcett, AUSA
United States Courthouse
228 Walnut Street, 2nd Floor
Harrisburg, PA 17108

Re:  <u>United States v. Harry Sabowitz</u> Dear Ms. Fawcett:

Thank you for forwarding the initial discovery dated January 7, 2007. In your cover letter you indicated that you enclosed (60) interviews and that the materials were working copies and not final copies. I would appreciate your forwarding at this time the final copies of same.

In addition, pursuant to the Court's order of November 14, 2006, 1 would also appreciate your forwarding to me within the next (10) days the following:

  A.  Any and all confessions or statements made by my client;

  B.  The reports of physical or mental examinations and scientific tests or experiments made in connection with the case;

  C.  Books, papers, documents, and descriptions of tangible objects;

  D.  My client's prior criminal record;

**EXHIBIT 1**

E.      Any and all *Brady* and/or *Gigito* material;

F.      All plea agreements, PSI's, and judgments of any related defendants
        in this matter;

G.      A copy of the original indictment of Abraham Zucker, et al;