Page #2

      H.      Disclosure of information regarding any confidential informants; and

      I.      Any and all expert witnesses that the prosecution intends to call at the trial of this cause.

Your anticipated cooperation is greatly appreciated.

Very truly yours,

By: _____
Jeffrey M. Voluck, Esquire

JEFFREY M. VOLUCK, P.A.

JMV/pr