IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   1:CR-01-039** |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **HARRY SABOWITZ** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** a conference call on Defendant's motion to compel and for an extension of discovery will be held at 1:00 p.m. on Friday, February 23, 2007.  Defense counsel shall place the call to the Government and the court.  The telephone number of the undersigned is (717) 221-3960.

                                                        s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: February 12, 2007.