IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :   CRIMINAL NO.  1:CR-01-039
:
:   (Judge Rambo)
v.   :
:
:
HARRY SABOWITZ   :

O R D E R

      Before the court is Defendant's motion to compel discovery and for an extension of time to file pretrial motions.  The court held a conference call with counsel this date.  Pursuant to discussions at the conference call, **IT IS HEREBY ORDERED THAT**:

      1) Defendant's motion to compel discovery and for an extension of time to file pretrial motions is denied in part and granted in part:

           a) the motion to compel is denied as moot.

           b)  the motion for an extension of the deadline for filing pretrial motions <u>and</u> supporting briefs is granted and the deadline is extended to April 3, 2007.

      2) In light of the extension of the pretrial motions deadline, the late production of discovery, and scheduling conflicts between counsel and the court, the court finds it necessary and in the interests of justice to continue jury selection and trial of the captioned case.  Therefore, trial will commence with the drawing of a jury on Monday, July 23, 2007 at 9:30 a.m. in Courtroom

No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    3) The court specifically finds under 18 U.S.C. § 3161(h)(8)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the defendant to a speedy trial.

    4) The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: February 23, 2007.