IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                    CASE NUMBER: 1:01-CR-0039-01

vs.

Harry Sabowitz

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place: U.S. District Court                    *Date and Time: July 26, 2007 @ 10:00 AM
     Courtroom #3
     228 Walnut Street
     8th Floor, Federal Building
     Harrisburg, PA. 17101

Type of Proceeding: Change of Plea

Date: July 11, 2007                    /s/ Mark J. Armbruster
                                                          By: Mark J. Armbruster, Deputy Clerk

CC:    Judge Sylvia H. Rambo
         Jeffrey M. Voluck, Esq.
         Christy Fawcett, AUSA
         U.S. Marshal
         Federal Probation
         Wendy Yinger, Rptr.
         Interpreter

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.