IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 1:01-CR-0039

vs.

Harry Jabowitz :

FILED
HARRISBURG, PA

JUL 26 2007

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## MOTION TO WITHDRAW PLEA

Now this 26th day of July, 2007, the defendant in the above-captioned matter hereby moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of guilty to the indictment.

_____
Defendant

_____
Counsel

## ORDER

Now this 26 day of July, 2007, the motion to withdraw plea is granted.

_____
Sylvia H. Rambo, Judge
Middle District of Pennsylvania

## PLEA

Now this 26th day of July, 2007, I, Harry Jabowitz hereby withdraw my plea of not guilty and plead guilty to count(s) (2) of the Indictment.

_____
Defendant

_____
Counsel