IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :   CRIMINAL NO. 1:01-CR-0039

vs.

Harry Jabowitz               :   FILED
                                 HARRISBURG, PA

                                 JUL 26 2007

**MOTION TO WITHDRAW PLEA**

                                 MARY E. D'ANDREA, CLERK
                                 Per _____
                                       Deputy Clerk

Now this 26th day of July, 2007, the defendant in the above-captioned matter hereby moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of guilty to the indictment.

_____
Defendant

_____
Counsel

**ORDER**

Now this 26 day of July, 2007, the motion to withdraw plea is granted.

_____
Sylvia H. Rambo, Judge
Middle District of Pennsylvania

**PLEA**

Now this 26th day of July, 2007, I, Harry Jabowitz hereby withdraw my plea of not guilty and plead guilty to count(s) (2) of the Indictment.

_____
Defendant

_____
Counsel