IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-01-039**
:
**v.** : **(Judge Rambo)**
:
**HARRY SABOWITZ** :

## O R D E R

**IT IS HEREBY ORDERED THAT** Defendant's motion for an extension of time of the presentence report disclosure date is granted and the deadline is extended to October 3, 2007.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge

Dated: August 13, 2007.