IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                                CASE NUMBER: 1:01-CR-0039-01

vs.

**Harry Sabowitz**


TYPE OF CASE: Criminal


TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:


Place:  U.S. District Court                **Date and Time: December 27, 2007 @ 2:00 PM**
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101


Type of Proceeding: *Sentencing


Date:  December 5, 2007                    /s/ Mark J. Armbruster
                                                   Deputy Clerk

CC:    Judge Sylvia H. Rambo
       Jeffrey Voluck, Esq.
       Christy Fawcett, AUSA
       U.S. Marshal
       Federal Probation
       Wendy Yinger, Rptr.


**\*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.**

\*\*Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You