IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.  1:CR-01-039 |
|  | : (Judge Rambo) |
| v. | : |
|  | : |
| HARRY SABOWITZ | : |

O R D E R

     Before the court is the defendant's motion to extend his January 28, 2008 voluntary surrender date by thirty days because the Bureau of Prisons did not receive the defendant's paperwork until Wednesday, January 23, 2008.  Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

     1) The motion is granted.

     2) Defendant shall surrender to the institution designated by the Bureau of Prisons no later than 1:00 p.m. on Monday, March 3, 2008.

                                     s/Sylvia H. Rambo
                                     SYLVIA H. RAMBO
                                     United States District Judge

Dated: January 24, 2008.